IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-po-7013-JMC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SARA BROERSMA,

    Defendant.

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
08/24/2020
JEFFREY P. COLWELL, CLERK**

## INFORMATION

THE UNITED STATES ATTORNEY charges that:

### Count 1

On or about July 9, 2018, within the exterior boundaries of Mesa Verde National Park, in the State and District of Colorado, the defendant, Sara Broersma, did knowingly obtain property and services offered for sale and compensation by means of deception and a statement of past, present, and future fact that is instrumental in causing the wrongful transfer or property and services; to wit, using an invalid employee vehicle permit to enter Mesa Verde Park without paying the entrance fee;

All in violation of 54 U.S.C. §§ 102701, 100751 and 36 C.F.R. § 2.30(a)(3).

## Count 2

On or about August 10, 2019, within the exterior boundaries of Mesa Verde National Park, in the State and District of Colorado, the defendant, Sara Broersma, did knowingly violate a term and condition of a Commercial Use Authorization Permit; to wit, utilizing an Interagency Annual Pass for the purpose of gaining access to Mesa Verde National Park to conduct a commercial tour;

All in violation of 54 U.S.C. §§ 102701, 100751 and 36 C.F.R. § 1.6(g)(2)

RESPECTFULLY SUBMITTED:

JASON R. DUNN
UNITED STATES ATTORNEY
DISTRICT OF COLORADO

BY:  s/Jeffrey K. Graves
Jeffrey K. Graves
Assistant U.S. Attorney
835 E 2nd Avenue, Suite 410
Durango, Colorado 81301
jeffrey.graves@usdoj.gov